# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2021

Bridget M. McCormack,
Chief Justice

162334(52)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DONNA CONFORTI, Personal Representative
of the ESTATE OF JOHN CONFORTI,
      Plaintiff-Appellee,

v

STANLEY WEBSTER CORNELL and METRO
CONTROLS, INC.,
      Defendants-Appellants.

_____/

SC: 162334
COA: 348745
Macomb CC: 2017-002406-NI

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on April 15, 2021, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk